IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLAND AARON JONES, | No. C 16-6849 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES; INMATE APPEALS BRANCH | (Dkt. Nos. 2, 5) |
| Defendants. | |

    Plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint under 42 U.S.C 1983. When he filed this case, Plaintiff was incarcerated at Valley State Prison in Chowchilla, California, but he is no at the Richard J. Donovan Correctional Facility in San Diego, California. Defendants are the California Correctional Health Care Services, an entity responsible for overseeing medical care of California prisoners, and the Inmate Appeals Branch of the California Department of Corrections and Rehabilitation. Plaintiff alleges that he was approved for a chest reduction surgery, but defendants subsequently denied him the surgery.

    Defendants are located in Sacramento County, California, and that is where the events giving rise to the complaint — namely, defendants' decision to deny surgery. Sacramento County lies within the venue of the United States District Court for the Eastern District of California. 28 U.S.C. 84(b). As a result, the proper venue for this civil rights action is the

Eastern District of California.  *See* 28 U.S.C. 1391.  Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. 1404(a), 1406(a).  Ruling on plaintiff's motion for leave to proceed in forma pauperis is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: April __3__, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2